UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 3:19-cv-00549

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF DEUTSCHE MORTGAGE & ASSET RECEIVING CORPORATION, COMM 2014-CCRE19 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, A PNC REAL ESTATE BUSINESS, SOLELY IN ITS CAPACITY AS SPECIAL SERVICER,<br><br>Plaintiff,<br><br>v.<br><br>FREP III – ROZZELLE CROSSING, LLC,<br><br>Defendant. | FINAL ORDER CONFIRMING FINAL RECEIVER'S REPORT, DISCHARGING RECEIVER, AND DISMISSING THIS CASE WITHOUT PREJUDICE |

This matter is before the Court on Motion Confirm Final Receiver's Report, Discharge Receiver, and dismiss this case without prejudice filed by Trident Pacific Real Estate Group, Inc., the appointed Receiver in the above-captioned matter, and Wells Fargo Bank, N.A., as Trustee, for the benefit of the Holders of Deutsche Mortgage & Asset Receiving Corporation, COMM 2014-CCRE19 Mortgage Trust Commercial Mortgage Pass Through Certificates ("Holder").

1

This Court finds that The Receiver has performed the duties set forth in the Court's December 12, 2019 [ECF# 9] order appointing Receiver since that date by selling the real property at issue as approved by this Court [ECF# 13].

IT IS THEREFORE ORDERED that the Motion to Confirm (Doc. No. 16), is GRANTED. Therefore, the Final Receiver's Report is approved, the Receiver is discharged from any further duties in this matter, and this case is dismissed WITHOUT prejudice.

IT IS SO ORDERED.

Signed: March 23, 2022

Frank D. Whitney
United States District Judge